UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| JONATHAN ADDISON, GREGORY GOINES, DENZEL LARRY, AMARI LOTT, ANYAH BARBER, ERIN BELMAR, LEVANI MARTINEZ, PATRICK DODD, JENISE STROVER, DAJA DANIELS, MILA DUNLAP, MYJIA HAYNES, KENYA LIVINGSTON, ILLANA JAMISON, KENTRAVIOUS BELL, DEANTE BENNETT, BISOP BOSKET, ASHLEY HART, TIMNEISHA HOLMES, ANSLEY MORROW, ANTON OUTING, SHANIYA PARKER, DEJONIA JACKSON, DEVEN JACKSON AND PILARR LANE, Plaintiffs, | CIVIL ACTION NO.: 8:21-cv-03835-DCC |
| v. | PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES |
| DESIGNED TO BUILD, LLC; DAVID R. MULKEY, JR.; AND THOMAS W. SCOTT, III, Defendants. | |

The Plaintiffs, jointly providing information as required by Local Rule 26.01, state as follows:

(A) State the full name, address and telephone numbers of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER**: **Plaintiffs are aware of the following subrogation lien(s). the basis of the lien(s) lien arises from any payments of medical expenses incurred as a result of injuries sustained as a result of the underlying incident that is the subject of this litigation. The extent of the lien is limited to the amounts actually expended by the following health insurance(s) for payment of medical expenses incurred as a result of injuries sustained as a result of the underlying incident that is the subject of this litigation. Plaintiffs reserve the right to supplement and/or amend their responses in accordance with Federal Rules of Civil Procedure.**

**Kentravious Bell – None**
**Deante Bennett – None**

**Anton Outing – None**
**Bishop Bosket – None**
**Ansley Morrow – Discovery Health Partners (SC Medicaid) ,**
**2 Pierce Place, Itasca, IL 60143;**
**866-781-0723**
**Pilarr Lane – None**
**Dajonia Jackson – None**
**Ashley Hart – None**
**Shaniya Parker – None**
**Deven Jackson – None**
**Timneisha Holmes – None**
**Illana Jamison – None**
**Jonathan Addison – Atena**
**P.O. Box 981107**
**El Paso, TX 79998**
**(888) 240-2470**
**Gregory Goines – Multi Health Plan (Discovery Health Partners)**
**500 Park Blvd., Ste. 103**
**Itasca, IL 60143**
**(866) 4016061**
**Denzel Larry- None**
**Amari Lott- None**
**Anyah Barber- Conduent**
**P.O. Box 4003, Schaumburg, IL 60168**
**(800) 442-2070**
**Erin Belmar- None**
**Leyani Martinez- None**
**Patrick Dodd- None**
**Jenise Strover – None**
**Daja Daniels- None**
**Mila Dunlap – None**
**Myjia Hayes- None**
**Kenya Livingston – None**

(B) As to each claim, state whether it should be tried jury and non-jury and why.

**ANSWER:** **Plaintiffs request a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **Plaintiffs are not publicly owned companies.**

(D) State the basis for asserting the claim in the division in which it was filed.

**ANSWER:** **Not applicable to Plaintiffs as the Defendants, David R. Mulkey, Jr and Thomas W. Scott, III removed this matter from the Court of Common Pleas in Pickens County**.

(E) Is the action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happening or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **This action is related to the below captioned matter that was removed to the United States District Court for the District of South Carolina Beaufort Division. The mater was initially filed in state court in Hampton County. The claims in both actions arise out of the same incident involving a floor collapse that occurred on October 21, 2018 in Clemson, South Carolina.**

> ***Shabazz vs. Woodlands of Clemson, et al;*** **Federal Court 9:21-cv-03839-DCC; removed from state court, Hampton County 2019-CP-25-00237**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Not applicable to Plaintiffs.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER**: **Not applicable to Plaintiffs.**

-SIGNATURE PAGE TO FOLLOW-

SOLOMON LAW GROUP, LLC

s/ Carl L. Solomon
Carl L. Solomon, Fed. ID No. 6684
Post Office Box 1866
Columbia, South Carolina 29201-1866
Phone (803) 391-3120
Fax (803) 509-7032
carl@solomonlawsc.com

PETERS, MURDAUGH, PARKER, ELTZROTH & DETRICK, P.A.

s/ Daniel E. Henderson
Daniel E. Henderson
690 North Greet Street
P.O. Box 2500
Ridgeland, SC 29936
(843) 726-6131

PIERCE, SLOAN, KENNEDY & EARLY, LLC

s/ Allan P. Sloan, III
Allan P. Sloan, III
J. Morgan Forrester
321 East Bay Street
Post Office Box 22437
Charleston, SC 29401 (29413)
(843) 722-7733
*Attorneys for Plaintiff Illana Jamison*

LAW OFFICE OF RONNIE A. SABB, LLC

s/ Ronnie A. Sabb
Ronnie A. Sabb
108 West Main Street
Post Office Box 88
Kingstree, SC 29556
(843) 355-5349
*Attorney for Plaintiff Illana Jamison*

December 7, 2021.
Columbia, South Carolina